| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**David M. Taus, Esq.**<br>**Devero Taus, LLC**<br>**266 King George Road, Suite I**<br>**Warren, New Jersey 07059**<br>**908-375-8142**<br>**dtaus@deverotaus.com** | Order Filed on November 6, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>IRENE C. HAGEN | Case No.:  17-30825 (RG)<br><br>Hearing Date:  n/a<br><br>Judge:  Rosemary Gambardella<br><br>Chapter:  7 |

# CONSENT ORDER EXTENDING TIME FOR OBJECTIONS TO EXEMPTIONS AND TO DISCHARGE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 6, 2017**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the joint application of David M. Taus, Esq. of the firm of Devero Taus, LLC, counsel for debtor, Irene C. Hagen, and Nancy Isaacson, Chapter 7 Trustee; and for good cause shown, it is

ORDERED that the 341 Meeting of Creditors is hereby adjourned to December 11, 2017.  Further, the deadline to object to discharge or challenge whether certain debts are dischargeable is extended to February 10, 2018 and the deadline to object to exemptions is extended to January 10, 2018.

Pursuant to Fed. R. Bankr. P. 2002(f), the Clerk shall notify all parties in interest of the entry of this order.

Consent as to Form and Entry:

**DEVERO TAUS LLC**
Attorneys for Debtor

By: /s/ David M. Taus                By: /s/ Nancy Isaacson                .
    David M. Taus                      Nancy Isaacson
                                        Chapter 7 Trustee