| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**David M. Taus, Esq.**<br>**Devero Taus, LLC**<br>**266 King George Road, Suite I**<br>**Warren, New Jersey 07059**<br>**908-375-8142**<br>**dtaus@deverotaus.com** | Order Filed on November 6, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>IRENE C. HAGEN | Case No.:   17-30825 (RG)<br><br>Hearing Date:  n/a<br><br>Judge:   Rosemary Gambardella<br><br>Chapter:   7 |

**CONSENT ORDER EXTENDING TIME FOR OBJECTIONS TO
EXEMPTIONS AND TO DISCHARGE**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 6, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the joint application of David M. Taus, Esq. of the firm of Devero Taus, LLC, counsel for debtor, Irene C. Hagen, and Nancy Isaacson, Chapter 7 Trustee; and for good cause shown, it is

ORDERED that the 341 Meeting of Creditors is hereby adjourned to December 11, 2017. Further, the deadline to object to discharge or challenge whether certain debts are dischargeable is extended to February 10, 2018 and the deadline to object to exemptions is extended to January 10, 2018.

Pursuant to Fed. R. Bankr. P. 2002(f), the Clerk shall notify all parties in interest of the entry of this order.

Consent as to Form and Entry:

**DEVERO TAUS LLC**
Attorneys for Debtor

By: /s/ David M. Taus                    By: /s/ Nancy Isaacson                    .
    David M. Taus                             Nancy Isaacson
                                              Chapter 7 Trustee

United States Bankruptcy Court
District of New Jersey

In re:  
Irene C. Hagen  
    Debtor

Case No. 17-30825-RG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Nov 08, 2017  
    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2017.  
db    +Irene C. Hagen,    20 Delmore Avenue,    Berkeley Heights, NJ 07922-1238

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2017    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2017 at the address(es) listed below:  
    David M. Taus    on behalf of Debtor Irene C. Hagen dtaus@deverotaus.com  
    Nancy Isaacson    nisaacson@greenbaumlaw.com,    isaacson@remote7solutions.com;J101@ecfcbis.com  
    Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series rsolarz@kmllawgroup.com  
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
    TOTAL: 4