**FORM NOA** (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102
Telephone number: 973−645−4764

Honorable Rosemary Gambardella, U.S. Bankruptcy Judge

| **CASE NUMBER:** 17−30825−RG | **DATE FILED::** 10/13/17 |
|---|---|
| In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br>Irene C. Hagen<br>xxx−xx−4586 | ADDRESS OF DEBTOR(S):<br><br>20 Delmore Avenue<br>Berkeley Heights, NJ 07922 |
| DEBTOR'S ATTORNEY:<br>David M. Taus<br>Devero Taus LLC<br>266 King George Road, Suite I<br>Warren, NJ 07059<br><br>908−375−8142 | TRUSTEE:<br>Nancy Isaacson<br>Greenbaum, Rowe, Smith & Davis LLP<br>75 Livingston Ave<br>Suite 301<br>Roseland, NJ 07068−3701<br>(973) 535−1600 |

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

5/10/18

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: February 13, 2018

FOR THE COURT
Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-30825-RG
Irene C. Hagen                                                      Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Feb 13, 2018
                              Form ID: noa             Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2018.
db         +Irene C. Hagen,    20 Delmore Avenue,    Berkeley Heights, NJ 07922-1238
517121167   AT&T Universal Citicard,    PO Box 9001037,    Louisville, KY 40290-1037
517121169  +Children's First Orthopedics LLC,    194 Main Street,    Millburn, NJ 07041-1144
517121171  +Edmond Hagen,    730 Plainfield Avenue,    Berkeley Heights, NJ 07922-1900
517121172   Emergency Physicians Assoc North Jersey,    PO Box 740021,    Cincinnati, OH 45274-0021
517121174  +Lindabury, McCormick, Estabrook & Cooper,    53 Cardinal Drive,    Westfield, NJ 07090-1020
517121175  +Mr. Cooper,    8950 Cypress Waters Blvd,    Dallas, TX 75019-4620
517121176   Overlook Medical Center,    PO Box 35611,    Newark, NJ 07193-5611

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 13 2018 23:15:34      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 13 2018 23:15:31       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517121165      +E-mail/Text: mreed@affcollections.com Feb 13 2018 23:15:36       Accurate Collection Services,
                 17 Prospect Street,    Morristown, NJ 07960-6862
517121166       EDI: GMACFS.COM Feb 13 2018 22:48:00       Ally,    PO Box 380902,    Bloomington, MN 55438-0902
517121168       EDI: CAPITALONE.COM Feb 13 2018 22:48:00       CAPITAL ONE BANK USA, N.A.,    P.O. BOX 71083,
                 Charlotte, NC 28272-1083
517121170      +EDI: RCSFNBMARIN.COM Feb 13 2018 22:48:00       Credit One,    PO Box 98873,
                 Las Vegas, NV 89193-8873
517121173       EDI: CBSKOHLS.COM Feb 13 2018 22:48:00       Kohl's,    PO Box 2983,    Milwaukee, WI 53201-2983
517121177       EDI: WTRRNBANK.COM Feb 13 2018 22:48:00       Target,    PO Box 1581,    Minneapolis, MN 55440-1581
517121178       EDI: WFFC.COM Feb 13 2018 22:48:00       Wells Fargo Bank NA,    PO Box 10335,
                 Des Moines, IA 50306-0335
                                                                                               TOTAL: 9

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 9, 2018 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
               in interest to Wachovia Bank, National Association, as Trustee for Banc of America Funding
               Corporation Mortgage Pass-Through Certificates, Series bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              David M. Taus    on behalf of Debtor Irene C. Hagen dtaus@deverotaus.com
              Nancy Isaacson    nisaacson@greenbaumlaw.com, isaacson@remote7solutions.com;J101@ecfcbis.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Trustee,
               successor in interest to Wachovia Bank, National Association, as Trustee for Banc of America
               Funding Corporation Mortgage Pass-Through Certificates, Series rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5