UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

NANCY ISAACSON, ESQ. (NI/1325)
GREENBAUM ROWE SMITH & DAVIS LLP
75 LIVINGSTON AVE.
ROSELAND, NJ  07068
(973) 535-1600
Attorneys for Nancy Isaacson, Chapter 7 Trustee

Order Filed on February 22, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

IRENE C. HAGEN,

                Debtor.

Case No.:    17-30825

Chapter:    7

Judge:    Rosemary Gambardella

## ORDER AUTHORIZING RETENTION OF

### GREENBAUM ROWE SMITH & DAVIS LLP

The relief set forth on the following page is **ORDERED**.

**DATED: February 22, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain  Greenbaum Rowe Smith & Davis LLP
as  Attorney for Trustee , it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:  75 Livingston Avenue
   Roseland, NJ  07068

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2