UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Irene C. Hagen,

Case No.: 17-30825
Chapter: 7
Judge: RG

## NOTICE OF PROPOSED ABANDONMENT

__Nancy Isaacson__, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable __Rosemary Gambardella__ on __June 4, 2024__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3E__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
NYS Route 28 N
Minerva, NY
$23,000.00; 1/2 owner

Liens on property: None

Amount of equity claimed as exempt: $13,000.00

Objections must be served on, and requests for additional information directed to:

Name: Nancy Isaacson, Chapter 7 Trustee
Address: 75 Livingston Avenue, Suite 301, Roseland, NJ 07068-3701
Telephone No.: (973) 535-1600

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-30825-RG |
| Irene C. Hagen | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 02, 2024 | Form ID: pdf905 | Total Noticed: 22 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Irene C. Hagen, 20 Delmore Avenue, Berkeley Heights, NJ 07922-1238 |
| aty | + | Greenbaum, Rowe, Smith & Davis, 75 Livingston Avenue, Roseland, NJ 07068-3788 |
| 517121167 | | AT&T Universal Citicard, PO Box 9001037, Louisville, KY 40290-1037 |
| 517419214 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517121169 | + | Children's First Orthopedics LLC, 194 Main Street, Millburn, NJ 07041-1144 |
| 519021601 | + | Edmond C. Hagen, c/o Law Offices of Andy Winchell, P.C., 100 Connell Drive, Suite 2300, Berkeley Heights, NJ 07922-2741 |
| 517121171 | + | Edmond Hagen, 730 Plainfield Avenue, Berkeley Heights, NJ 07922-1900 |
| 517121172 | | Emergency Physicians Assoc North Jersey, PO Box 740021, Cincinnati, OH 45274-0021 |
| 517121174 | + | Lindabury, McCormick, Estabrook & Cooper, 53 Cardinal Drive, Westfield, NJ 07090-1020 |
| 517121176 | | Overlook Medical Center, PO Box 35611, Newark, NJ 07193-5611 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 02 2024 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 02 2024 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517121165 | + | Email/Text: mreed@affcollections.com | May 02 2024 20:44:00 | Accurate Collection Services, 17 Prospect Street, Morristown, NJ 07960-6862 |
| 517121166 | | Email/Text: ally@ebn.phinsolutions.com | May 02 2024 20:42:00 | Ally, PO Box 380902, Bloomington, MN 55438-0902 |
| 517121168 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 02 2024 20:46:20 | CAPITAL ONE BANK USA, N.A., P.O. BOX 71083, Charlotte, NC 28272-1083 |
| 517419214 | ^ | MEBN | May 02 2024 20:36:55 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517121170 | + | Email/PDF: creditonebknotifications@resurgent.com | May 02 2024 21:07:56 | Credit One, PO Box 98873, Las Vegas, NV 89193-8873 |
| 517121173 | | Email/Text: PBNCNotifications@peritusservices.com | May 02 2024 20:42:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 517121175 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 02 2024 20:43:00 | Mr. Cooper, 8950 Cypress Waters Blvd, Dallas, TX 75019-4620 |
| 517513273 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 02 2024 20:46:26 | PYOD, LLC its successors and assigns as assignee, of MHC Receivables, LLC and FNBM, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 517335989 | + | Email/PDF: ebn_ais@aisinfo.com | May 02 2024 20:46:00 | TD Bank, USA, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

Case 17-30825-RG    Doc 42    Filed 05/04/24    Entered 05/05/24 00:15:18    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 02, 2024 | Form ID: pdf905 | Total Noticed: 22 |

| 517121177 | Email/Text: bncmail@w-legal.com | | |
|---|---|---|---|
| | | May 02 2024 20:44:00 | Target, PO Box 1581, Minneapolis, MN 55440-1581 |
| 517121178 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | May 02 2024 20:46:22 | Wells Fargo Bank NA, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 13

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David M. Taus | |
| | on behalf of Debtor Irene C. Hagen dtaus@shotlaw.com |
| Denise E. Carlon | |
| | on behalf of Creditor U.S. Bank National Association  as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Nancy Isaacson | |
| | nisaacson@greenbaumlaw.com  isaacson@remote7solutions.com;J101@ecfcbis.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4