Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17–30825–RG
Chapter: 7
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Irene C. Hagen
   20 Delmore Avenue
   Berkeley Heights, NJ 07922

Social Security No.:
   xxx–xx–4586

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

   I _Michele Cummings_ , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

NYS Route 28 N, Minerva, NY.

Dated: May 30, 2024
JAN: mlc

                                        Jeanne Naughton
                                        Clerk